MacLEOD *v.* HAMILTON.

This case is controlled by *MacLeod* v. *Hamilton, ante,* 653.

Appeal from Oakland; Doty (Frank L.), J. Submitted April 22, 1931. (Docket No. 59, Calendar No. 35,536.) Decided June 1, 1931.

Bill by Mary T. MacLeod against Claude F. Hamilton to foreclose a land contract. Cross-bill by defendant for rescission. From decree dismissing both bill and cross-bill, both parties appeal. Affirmed.

*Dykema, Jones & Wheat,* for plaintiff.

*Robert M. Drysdale,* for defendant.

PER CURIAM. This case is a companion of *MacLeod* v. *Hamilton, ante,* 653, and is ruled thereby. Affirmed accordingly. No costs.